# Supreme Court of the United States

U.S. COURT OF APPEALS

FILED

JUL 1 8 2005

CHARLES R. FULBRUGE III
CLERK

*No.*

03-9659

## THOMAS JOE MILLER-EL,

Petitioner

v.

## DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT
## OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is reversed, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for entry of judgment for petitioner together with orders of appropriate relief.

June 13, 2005

**Printing of record:**    $16,259.00

*This amount is to be paid directly
to the Clerk of the Supreme Court
of the United States.*

A True copy WILLIAM K. SUTER

Test:

Clerk of the Supreme Court of the United States

By _____

Deputy